# United States District Court

Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date: 11/1/2005

O'Diah v. The Port Authority of New York and New Jersey et al

DOCKET NO. 05-8064

Dear Sir/Madam,

Pursuant to an order of the Southern District of New York the above-entitled action(s) is being transferred to United States Court of the Eastern District of New York. The entire case file and a copy of the order is included in lieu of the original, which is retained in our files.

The enclosed copy of this letter is for your convenience in acknowledging receipt of the file.

Yours truly,
J. Michael McMahon,
Clerk of Court

Deputy Clerk
S.Coretto(tve)

Fed Ex: 8527 1452 0950

RECEIPT IS ACKNOWLEGED OF THE DOCUMENTS DESCRIBED HEREIN AND ASSIGNED CASE NUMBER:

CASE # _____ ON DATE: _____